UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CUARTO EVANGELISTA, | NO. SA CV 12–0803 DOC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RALPH DIAZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 11, 2012.

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE